**Motion Granted and Order filed December 22, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-01005-CV**

_____

**IN RE CITY OF GALVESTON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-0348**

---

## ORDER

On December 19, 2014, relator City of Galveston filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable John Ellisor, presiding judge of the 122nd District Court of Galveston County, to vacate an

order requiring relator to produce an audio recording to real party in interest Indian Beach Property Owners' Association, Inc.

Relator also has filed with this court a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. On December 19, 2014, relator asked this court to stay enforcement of the challenged order pending disposition by this court of relator's petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for mandamus relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** any enforcement of the trial court's order dated December 10, 2014 in trial court cause number 12-CV-0348, styled *Indian Beach Property Owners' Association, Inc. v. City of Galveston and Judy Shorman*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest Indian Beach Property Owners' Association, Inc. to file a response to the petition for writ of mandamus on or before **January 9, 2015.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.